The Honorable Timothy M. Burges
The Honorable Matthew McCrary Scoble

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| THE UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 1:23-CR-00003-001-TMB-MMS |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| CRISTOBAL RODRIGO d.b.a. ALASKA STONE ARTS, LLC, RAIL CREEK, LLC, AND RODRIGO CREATIVE CRAFTS | |
| Defendant. | |

Cristobal Rodrigo, by and through his attorney, Bradley Barshis, respectfully submits this sentencing memorandum. Sentencing is scheduled for Monday, August 28, 2023.

## **FACTS**

Pursuant to a plea agreement Cristobal Rodrigo entered a guilty plea to Count 1 **Conspiracy**, and Count 2 of **Misrepresentation of Indian Produced Goods and Products**.

DEFENDANT'S SENTENCING MEMORANDUM

Page 1 of 5

BRADLEY BARSHIS
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

## GUIDELINES CALCULATION

The defense concurs with the sentencing guideline calculations put forth by both the Probation Office and the Government. Mr. Rodrigo's has no criminal history, whatsoever. His advisory guideline calculation for Count 1 and Count 2 would place him with a guideline score of 17. However, Mr. Rodrigo has been cooperative in this matter and in fact has provided cooperation with the government in this matter and the parties are asking that the court enter a sentence below the guideline range.

## SENTENCING RECOMMENDATION

The United States Supreme Court has outlined a protocol for sentencing. The District Court should begin all sentencing proceedings by correctly calculating the applicable guideline range. As a matter of administration and to secure nationwide consistency, the guidelines should be the starting point and the initial benchmark. The guidelines are not the only consideration however. Accordingly, after giving both parties an opportunity to argue for whatever sentence they deem appropriate, the District Court Judge should then consider all of the USSG Sec. 3553(a) factors to determine whether these factors support the sentence requested by a party. In so doing, the District Court Judge may not presume that the guideline range is reasonable. The District Court Judge must make an individualized assessment on the facts presented. If the District Court Judge decides that an outside guideline sentence is warranted, the Judge must consider the extent of the deviation and ensure that the justification is sufficiently compelling to support the degree of the variance. After settling upon the appropriate sentence, the District Court Judge must adequately explain the chosen sentence to

BRADLEY BARSHIS
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

allow for meaningful review and to promote the perception of fair sentencing. See, <u>Gall v. United States</u>, 552 U.S. 220, 128 S.Ct. 586 (2007), citing <u>Rita v. United States</u>, 551 U.S. 338, 127 S.Ct. 738 (2007).

The Government has proposed a recommendation for a sentence of 18 months but has allowed defense to make their own request.

The defense respectfully requests that the court consider adopting the Governments recommendation of 18 months of confinement but allow all of that confinement be served on Electronic Home Detention. The defense would defer to the court on a period of supervised release as Mr. Rodrigo has no problem being supervised as long as he is able to take care of his family. This will allow for this court to maintain supervision and assure that he doesn't reoffend. Mr. Rodrigo has been the main provider for his family and manages most aspects of the day to day needs of the household. Outside of this mistake Mr. Rodrigo has lived his entire life as a law abiding individual. Mr. Rodrigo is nearing 60 years of age and is of little risk to reoffend and understands the severity of his mistakes.

This is a case in which Mr. Rodrigo immediately took responsibility for his actions and almost immediately began assisting the government in their investigation. Mr. Rodrigo engaged in proffer sessions as well as showing a willingness to testify in any trial proceedings. It should also be noted that Mr. Rodrigo did not contest the forfeiture resulting in the government confiscating over a million dollars in product and inventory.

Should this court sentence Mr. Rodrigo to serve his time in federal prison the defense is asking that the court recommend that the Federal Bureau of Prisons incarcerate Mr. Rodrigo at the Sheridan facility and allow him a delayed report date so that he can potentially assist his family in finding daily assistance.

**BRADLEY BARSHIS**
**NEWTON & HALL, ATTORNEYS AT LAW, PLLC**
**610 CENTRAL AVENUE SOUTH**
**KENT, WASHINGTON 98032**
**(253) 852-6600 - FAX (253) 852-6800**

Given the foregoing information, we would urge the Court to sentence Mr. Rodrigo in accordance with the defense recommendation.

DATED this 18th day of August 2023.

                                            Respectfully submitted,

                                            /s/ Bradley Barshis
                                            BRADLEY BARSHIS, WSBA #44302
                                            Newton & Hall, Attorneys at Law, PLLC
                                            610 Central Avenue S.
                                            Kent, WA 98032
                                            Phone: 253-852-6600
                                            Fax:    253-852-6800
                                            Email: brad@newtonandhall.com
                                            Counsel for Defendant – Mr. Cristobal Rodrigo

DEFENDANT'S SENTENCING MEMORANDUM

Page 4 of 5

**BRADLEY BARSHIS**
**NEWTON & HALL, ATTORNEYS AT LAW, PLLC**
**610 CENTRAL AVENUE SOUTH**
**KENT, WASHINGTON 98032**
**(253) 852-6600 - FAX (253) 852-6800**

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff. Attorney of record was also served via e-mail.

/s/ Angel Lombardo
Angel Lombardo
Paralegal
Newton & Hall, Attorneys at Law, PLLC
610 Central Avenue S.
Kent, WA 98032
Phone: (253) 852-6600
FAX: (253) 852-6800
E-Mail: angel@newtonandhall.com

DEFENDANT'S SENTENCING MEMORANDUM

Page 5 of 5

**BRADLEY BARSHIS**
**NEWTON & HALL, ATTORNEYS AT LAW, PLLC**
**610 CENTRAL AVENUE SOUTH**
**KENT, WASHINGTON 98032**
**(253) 852-6600 - FAX (253) 852-6800**