The Honorable Timothy M. Burgess
The Honorable Matthew McCrary Scoble

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENDA TIGLAO RODRIGO<br><br>Defendant. | No. 1:23-CR-00003-002-TMB-MMS<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Glenda Tiglao Rodrigo, by and through her attorney, Bradley Barshis, respectfully submits this sentencing memorandum. Sentencing is scheduled for Monday, August 28, 2023.

## **FACTS**

Pursuant to a plea agreement Glenda Rodrigo entered a guilty plea to Count 1 **Conspiracy**, and Count 2 of **Misrepresentation of Indian Produced Goods and Products**.

//

//

//

BRADLEY BARSHIS
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

## GUIDELINES CALCULATION

The defense concurs with the sentencing guideline calculations put forth by both the Probation Office and the Government. Mrs. Rodrigo has no criminal history, whatsoever. Her advisory guideline calculation for Count 1 and Count 2 would place her with a guideline score of 17. However, Mrs. Rodrigo has been cooperative in this matter and in fact has provided cooperation with the government in this matter and the parties are asking that the court enter a sentence below the guideline range.

## SENTENCING RECOMMENDATION

The United States Supreme Court has outlined a protocol for sentencing. The District Court should begin all sentencing proceedings by correctly calculating the applicable guideline range. As a matter of administration and to secure nationwide consistency, the guidelines should be the starting point and the initial benchmark. The guidelines are not the only consideration however. Accordingly, after giving both parties an opportunity to argue for whatever sentence they deem appropriate, the District Court Judge should then consider all of the USSG Sec. 3553(a) factors to determine whether these factors support the sentence requested by a party. In so doing, the District Court Judge may not presume that the guideline range is reasonable. The District Court Judge must make an individualized assessment on the facts presented. If the District Court Judge decides that an outside guideline sentence is warranted, the Judge must consider the extent of the deviation and ensure that the justification is sufficiently compelling to support the degree of the variance. After settling upon the appropriate sentence, the District Court Judge must adequately explain the chosen sentence to allow for meaningful review and to promote the perception of fair sentencing. See, Gall v.

DEFENDANT'S SENTENCING MEMORANDUM

Page 2 of 4

BRADLEY BARSHIS
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

<u>United States</u>, 552 U.S. 220, 128 S.Ct. 586 (2007), citing <u>Rita v. United States</u>, 551 U.S. 338, 127 S.Ct. 738 (2007).

The Government has proposed a recommendation for a sentence as outlined in their memorandum.

The defense respectfully requests that the court consider adopting the Governments recommendation. Outside of this mistake Mrs. Rodrigo has lived her entire life as a law abiding individual. Mrs. Rodrigo wants to rebuild her future in a positive way while spending time with family, and is of little risk to reoffend and understands the severity of her mistakes.

This is a case in which Mrs. Rodrigo immediately took responsibility for her actions and almost immediately began assisting the government in their investigation. Mrs. Rodrigo engaged in proffer sessions as well as showing a willingness to testify in any trial proceedings. It should also be noted that Mrs. Rodrigo did not contest the forfeiture resulting in the government confiscating over a million dollars in product and inventory.

Given the foregoing information, we would urge the Court to sentence Mrs. Rodrigo in accordance with the defense recommendation.

DATED this 18th day of August 2023.

Respectfully submitted,

/s/ Bradley Barshis
BRADLEY BARSHIS, WSBA #44302
Newton & Hall, Attorneys at Law, PLLC
610 Central Avenue S.
Kent, WA  98032
Phone: 253-852-6600
Fax:    253-852-6800
Email: brad@newtonandhall.com
Counsel for Defendant – Mrs. Glenda Rodrigo

DEFENDANT'S SENTENCING MEMORANDUM

Page 3 of 4

BRADLEY BARSHIS
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff. Attorney of record was also served via e-mail.

/s/ Angel Lombardo
Angel Lombardo
Paralegal
Newton & Hall, Attorneys at Law, PLLC
610 Central Avenue S.
Kent, WA 98032
Phone: (253) 852-6600
FAX: (253) 852-6800
E-Mail: angel@newtonandhall.com

DEFENDANT'S SENTENCING MEMORANDUM

Page 4 of 4

BRADLEY BARSHIS
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800