IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:23-CR-00003-002-TMB-MMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CRISTOBAL "CRIS" MANGO ) | |
| RODRIGO, GLENDA TIGLAO ) | |
| RODRIGO, and CHRISTIAN ) | |
| RYAN TIGLAO RODRIGO d.b.a | |
| ALASKA STONE ARTS, LLC., | |
| RAIL CREEK, LLC., and | |
| RODRIGO CREATIVE CRAFTS, | |
| | |
| Defendant. | |
| _____ ) | |

## UNOPPOSED JOINT MOTION FOR SETTING COMBINED CHANGE OF PLEA AND SENTENCING

COMES NOW the Defendant, GLENDA RODRIGO, by and through undersigned counsel Bradley Barshis, and counsel for the United States of America, respectfully submits the parties' joint motion to set a combined change of plea and sentencing before the District Court at Juneau, Alaska. The parties have conferred on dates that the parties are available and would request that the court schedule a date after November 3, 2023.

Counsel for the defendant has discussed with his clients their wish for continued joint representation, and after another review of the conflict-of-interest rules it is the defenses position that no conflict currently exists and that Glenda Rodrigo wishes to continue with current counsel.

RESPECTFULLY SUBMITTED on September 18, 2023, in Juneau, Alaska.

*s/. Bradley Barshis*
Bradley Barshis
Attorney for Glenda Rodrigo

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date a copy
of the foregoing is being served electronically,
via the Court=s CM/ECF system, on: