S. LANE TUCKER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:23-cr-00003-TMB-MMS – 2, 3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GLENDA TIGLAO RODRIGO and | ) | |
| CHRISTIAN RYAN TIGLAO | ) | |
| RODRIGO, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXPEDITED CONSIDERATION
### (L. Crim. R. 47.1(e))

The United States of America, by and through undersigned counsels, respectfully

moves this Court for an order on the Government's Unopposed Motion to allow the late

filing of the Government's supplemental sentencing memoranda in the above-captioned

case.

Expedited consideration of the government's motion is necessary because the

supplemental sentencing memoranda was due Friday, October 27, 2023.

RESPECTFULLY SUBMITTED on October 30, 2023, in Juneau, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Jack S. Schmidt*
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on October 30, 2023,
a true and correct copy of the foregoing
was served electronically on the following:

All counsels on Record

s/ *Jack S. Schmidt*
Office of the U.S. Attorney